**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Danielle Ripley <br>                      <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-10633 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

Re: Loan # Ending In: 5053

                                                             Respectfully submitted,

                                                             **/s/Joshua I. Goldman , Esquire**
                                                              Joshua I. Goldman, Esquire
                                                              Thomas Puleo, Esquire
                                                              KML Law Group, P.C.
                                                              701 Market Street, Suite 5000
                                                              Philadelphia, PA 19106-1532
                                                              (215) 825-6306  FAX (215) 825-6406