# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 16-10633-JKF

DANIELLE RIPLEY

7206 Jackson St

Philadelphia, PA 19135-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DANIELLE RIPLEY

7206 Jackson St

Philadelphia, PA 19135-

Counsel for debtor(s), by electronic notice only.

BRIAN C EVES ESQ
P.O. BOX 0713

NEW HOPE, PA 18968-0713

Date: 8/26/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee